**Fill in this information to identify the case:**

Debtor 1: Bettie G Williams

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Alabama
(State)

Case number: 19-11318

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-7

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 2 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 4/26/2019: CH13 Plan Review $300.00; Proof of Claim preparation $350.00 | (5) | $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Official Form 410S2 **Notice of Postpetition Mortgage Fees, Expenses, and Charges** page **1**

| Debtor 1 | Bettie | G | Williams | Case number (*if known*) 19-11318 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ robert j. solomon
Signature

Date 0 9 / 1 9 / 2 0 1 9

Print: Robert J. Solomon
First Name    Middle Name    Last Name

Title Attorney for Creditor

Company: Solomon Baggett, LLC

Address: 3763 Rogers Bridge Road
Number    Street
Duluth, GA 30097
City    State    ZIP Code

Contact phone ( 678 ) 243 – 2512

Email rsolomon@sb-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-11318 |
| BETTIE G WILLIAMS, ) | |
| ) | CHAPTER 13 |
| Debtor, ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the attached "**NOTICE OF POSTPETION MORTGAGE FEES, EXPENSES, AND CHARGES,**" upon the Debtor, BETTIE G WILLIAMS, 328 East Clinton St., Jackson, AL 36545, by depositing a copy of same in an envelope with adequate postage affixed thereon to insure delivery by United States Mail; upon the Debtor's attorney, WILLIAM J. CASEY, 3208 Cottage Hill Road, Mobile, AL 36606-2721, jay_casey@comcast.net, and upon the Chapter 13 Trustee, DANIEL B. O'BRIEN, PO Box 1884, Mobile, AL 36633, cperry@ch13mob.com, electronically by CM/ECF delivery.

This  19th  day of September, 2019.

/s/robert j. solomon
ROBERT J. SOLOMON

For the Firm of
SOLOMON BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, GA 30097
(678) 243-2512
rsolomon@sb-law.com